## (March 14, 1962)

In the Matter of the Claim of MALAGROS CARRASQUILLO, Respondent, v. SANTINI BROTHERS—THE ORIGINAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Award reversed and the claim dismissed, with costs to appellants against the Workmen's Compensation Board. Herlihy, Reynolds and Taylor, JJ., concur. Bergan, P. J. and Coon, J., dissent and vote to affirm.